UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KNIFE RIVER CORPORATION – SOUTH, | § § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § § § | CIVIL ACTION NO. 3:21-CV-1344-B |
| ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, | | |
| Defendants. | | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered Plaintiff and General Contractor Knife River Corporation – South ("Knife River," or "KRC")'s Motion for Final Order of Dismissal With Prejudice (In Light of Parties' Confidential Settlement) (Doc. 53). The Court hereby **GRANTS** the motion and **ORDERS, ADJUDGES and DECREES** as follows: Any and all claims between KRC and Zurich American Insurance Company and American Guarantee and Liability Insurance Company in the above-captioned case are hereby dismissed *in toto* with prejudice to the refiling of same. This is a **FINAL ORDER AND JUDGMENT** that disposes of all parties and all remaining claims and controversies in the above-captioned case. All relief not herein granted is denied.

SO ORDERED.

SIGNED: August 3, 2022.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -